## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Kaesemeyer                                        Civil Action No. 6:17-cv-01520

Versus                                            Judge Robert R. Summerhays

Legend Mining USA Inc et al                       Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Joint Motion To Accept Settlement filed by Plaintiff, Daniel Kaesemeyer, on his own behalf and on behalf of the members of the collective, and Defendants, Legend Mining USA, Inc. and Legend Mining, Inc [Rec. Doc. 56] is **GRANTED** on the terms and conditions set forth in the parties' settlement agreement.

**IT IS FURTHER ORDERED** that the claims asserted by the plaintiffs in this lawsuit are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this case be closed, subject to the court retaining jurisdiction for ninety (90) days to enforce the terms of the parties' settlement agreement, if necessary.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate the Notice of Voluntary Dismissal [Doc. No. 52] as **MOOT**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of September, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE